[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 24-13115

Non-Argument Calendar

_____

MOUSSA U'NRA DIARRA,

Plaintiff-Appellant,

*versus*

DEPARTMENT OF MOTOR VEHICLES,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-02389-WMR-LTW

_____

2                    Opinion of the Court                    24-13115

Before WILSON, JILL PRYOR, and BRANCH, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Moussa Diarra was required to file a notice of appeal from the district court's October 13, 2021, judgment dismissing his complaint and April 22, 2024, order denying his Rule 60 motion by November 12, 2021, and May 22, 2024, respectively. *See* U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), (a)(4)(A)(vi), (a)(7)(A); Fed. R. Civ. P. 58(a), 59(e). However, his notices of appeal were filed after that deadline, in September 2024, even if the prison mailbox rule applies. *See* Fed. R. App. P. 4(c). Accordingly, the notices of appeal are untimely and cannot invoke our appellate jurisdiction. *See* *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.